In the Matter of the Probate of the Will of Edward W. Browning, Deceased.

Alexander P. Watts et al., as Executors, et al., Respondents; Title Guarantee and Trust Company, as Executor, et al., Appellants.

(Submitted September 28, 1936; decided October 6, 1936.)

*Benjamin F. Schreiber, Alfred Rathheim, Harold M. Hoffman* and *Edward J. Chapman* for motion.

*Joseph V. McKee, Daniel A. Shirk* and *Edwin R. Wolff* opposed.

Motion granted and appeals dismissed, with costs and ten dollars costs of motion.